**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| COLUMBUS PRESSLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 1:22-cv-02262-RC |
| MANAGEMENT SUPPORT | ) | |
| TECHNOLOGY, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF**
**STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Columbus Pressley, and Defendant

Management Support Technology, Inc. (collectively, "the Parties"), by counsel, hereby jointly

move this Court for entry of the attached Stipulated Protective Order governing the disclosure

and use of Confidential Information and documents in the above-captioned matter.  The grounds

and good cause for this Motion are more fully explained below:

1.     The information and documents requested and exchanged in this case may

implicate private and sensitive information that should not be publicly disclosed, including

confidential personally identifiable information, confidential personal health and medical

information, confidential business information related to business practices and other protocols,

and information potentially containing trade secrets and other business information, for which

their public disclosure could potentially injure the Parties (collectively, "Confidential

Information").

2.     The purpose of this Protective Order is to facilitate the exchange and/or use of this

Confidential Information, and also to comply with the requirements of the Health Insurance

Portability and Accountability Act ("HIPAA") when exchanging Confidential Information for purposes of the above-captioned case, while protecting patients' privacy rights under HIPAA.

3.     Good cause exists because the Stipulated Protective Order will allow the Parties to provide each other with access to documents and information for the purpose of litigating this action, while ensuring that confidential personal, business, and health information will not be publicly disclosed.

4.     The Protective Order is consistent with the D.C. Circuit's position that "public access to judicial records is not limitless…and may be denied to protect trade secrets and to minimize the danger of an unfair trial by adverse publicity." *In re McCormick & Co., Pepper Prods. Mktg. & Sales Practices Litig.*, 316 F. Supp. 3d 455, 463 (D.D.C. 2018). The public would not benefit and has no apparent interest in the Parties' Confidential Information. Thus, protection of the Confidential Information outweighs the public's interest in accessing such information. *See MetLife, Inc. v. Fin. Stability Oversight Council*, 431 U.S. App. D.C. 314, 324, 865 F.3d 661, 671 (2017).

5.     Accordingly, the Parties submit the attached proposed Stipulated Protective Order for the Court's consideration  **Att. 1**.

For these reasons, the Parties respectfully request that the Court grant the Joint Motion and enter the attached Stipulated Protective Order.

November 12, 2024

Respectfully submitted,

*/S/ DONALD QUINN*
Donald Quinn, Fed Bar No. 1738652
Quinn Patton L.C.
846 Ritchie Highway, Suite 2A
Severna Park, Maryland 21146
Tel (443)-247-5444
donquinn@quinnpatton.com
*Counsel for Plaintiff, Columbus Pressley*

*/S/ BRIANA P. ADAMS*
Briana P. Adams, D.C. Bar No. 1741074
CHARLSON BREDEHOFT COHEN
 BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
badams@cbcblaw.com
*Counsel for Defendant,*
*Management Support Technology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Donald Quinn, Esq.
Quinn Patton L.C.
846 Ritchie Highway, Suite 2A
Severna Park, Maryland 21146
(443)-247-5444
donquinn@quinnpatton.com
*Counsel for Plaintiff, Columbus Pressley*

*/S/ BRIANA P. ADAMS*
Briana P. Adams, D.C. Bar No. 1741074
CHARLSON BREDEHOFT COHEN
 BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
badams@cbcblaw.com
*Counsel for Defendant,*
 *Management Support Technology, Inc.*