**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| COLUMBUS PRESSLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 1:22-cv-02262-RC |
| MANAGEMENT SUPPORT | ) | |
| TECHNOLOGY, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RESPONSE TO MOTION TO WITHDRAW**

To the extent the Court requires a response to the Motion of Donald Quinn to Withdraw as Counsel for Plaintiff [Dkt. 68], Defendant Management Support Technology, Inc., by counsel, hereby states that it that it does not oppose Mr. Quinn's Motion to Withdraw as Counsel for Plaintiff.

May 7, 2026

Respectfully submitted,

*/S/ CARLA D. BROWN*
Carla D. Brown, DC Bar No. 474097
Joycelyn S. Peyton, DC Bar No. 1018225
cbrown@cbcblaw.com
jpeyton@cbcblaw.com
CHARLSON BREDEHOFT COHEN
 BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Counsel for Defendant,*
*Management Support Technology, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on th 7th day of May, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Donald Quinn, Esq.
Quinn Patton L.C.
846 Ritchie Highway, Suite 2A
Severna Park, Maryland 21146
(443)-247-5444
donquinn@quinnpatton.com
*Counsel for Plaintiff, Columbus Pressley*

*/S/ CARLA D. BROWN*
Carla D. Brown, DC Bar No. 474097
CHARLSON BREDEHOFT COHEN
   BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808  Facsimile
jpeyton@cbcblaw.com
*Counsel for Defendant,*
*Management Support Technology, Inc.*

2